**Abraham ZARENCHANSKY,
et al., Appellant,**

v.

**Larry BUGH, Respondent.**

**No. WD 53909.**

Missouri Court of Appeals,
Western District.

March 24, 1998.

Mark Pfeiffer, Columbia, for appellant.

David A. Oliver, Columbia, for respondent.

Before ULRICH, C.J., P.J., and HANNA and ELLIS, JJ.

## *ORDER*

PER CURIAM.

Abraham Zarenchansky, his wife, Joyce, and their daughter, Kimberly, were involved in an automobile accident that occurred when Larry Bugh ran a red light and collided with the Zarenchansky's vehicle. After a jury trial, the jury returned verdicts in favor of the Zarenchanskys: Abraham was awarded $500.00, Joyce was awarded $1.00 and Kimberly was awarded $115.00. The Zarenchanskys appeal, claiming that the trial court erred by refusing to admit exhibits 8, 9 and 10 into evidence. These exhibits were cash receipts confirming payment of the Abraham's and Joyce's medical bills from March 1992 through January 1993. They further contend that the trial court erred in instructing the jury to disregard any testimony or evidence concerning medical expenses that they incurred while in Argentina. The Zarenchanskys claim the trial court erred in giving these withdrawal instructions because the instructions unduly prejudiced their entire case in chief.

Discerning no error, the judgment of the trial court is affirmed. Rule 84.16(b).

■

**Rovena L. CLAXTON (formerly
Sartorius), Appellant,**

v.

**Carl Robert SARTORIUS,
Jr., Respondent.**

**No. WD 54071.**

Missouri Court of Appeals,
Western District.

March 24, 1998.

Ralph W. Hicks, St. Joseph, for Appellant.

Peter M. Schloss, Liberty, for Respondent.

Before EDWIN H. SMITH, P.J., and LOWENSTEIN and ELLIS, JJ.

## ORDER

PER CURIAM.

Rovena L. Claxton appeals from the judgment of the Circuit Court of Platte County denying her motion for an order to change the residence of her two minor children from Missouri to Mississippi, pursuant to § 452.377, and awarding the respondent, Carl Robert Sartorius, Jr., $5,000 in attorney's fees.

Affirmed. Rule 84.16.